### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, d/b/a GENESIS DIAGNOSTICS, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-412 |
| VANTAGE HEALTH PLANS, et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 4th day of April, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 12), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons stated in this Court's accompanying Memorandum. The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**